People v Soberanis (2024 NY Slip Op 04923)

People v Soberanis

2024 NY Slip Op 04923

Decided on October 08, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 08, 2024

Before: Manzanet-Daniels, J.P., Singh, Mendez, Rosado, O'Neill Levy, JJ. 

Ind. No. 1539/19 Appeal No. 2762 Case No. 2019-04784 

[*1]The People of The State of New York, Respondent,
v
Ernest Soberanis, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Noah Sherr Breslau of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Grace Vee of counsel), for respondent.

An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Laurie Peterson, J.), rendered June 19, 2019,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 8, 2024
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.